IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| BOYER, et al. v. WEYERHAEUSER, et al. | 14-cv-286 |
|---|---|

## DECLARATION OF MILTON BOYER

1. My name is Milton Boyer, and I make this declaration based on my personal knowledge.

2. I was diagnosed with mesothelioma on March 11, 2014.

3. I am currently undergoing chemotherapy. My chemotherapy cycles are three weeks apart.

4. In the last month, my health and energy have been rapidly declining. I have lost weight, and I have little appetite.

5. Due to my declining energy, I spend 20 to 24 hours of each day on either the couch, a recliner, or in my bed.

6. Due to my declining energy, I have been unable to perform any of the household tasks that I used to do, including taking out the garbage and walking to the mailbox, a distance of approximately 60 feet.

7. On rare occasions, I have better days. For example, my wife recently took me shopping. I rode a motorized cart in the store.

8. When I have a conversation, I am usually too tired to continue after about ninety minutes.

9. Due to my declining energy, I do not know how much longer I will be in a mental or physical state capable of providing testimony.

10. At my current rate of physical decline, I do not believe I will be able to give a deposition one month from now.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2014

_____
Milton Boyer

1