# AFFIDAVIT

I, Douglas Reding, MD being of age and duly sworn, state as follows:

1. I am a physician licensed to practice medicine in the State of Wisconsin. The statements made herein are true to the best of my knowledge.

2. Mr. Milton Boyer has been diagnosed with Mesothelioma. He is a patient of the Marshfield Clinic and St. Joseph's Hospital for chemotherapy and other care and treatment for Mesothelioma

3. I am familiar with the treatment and care of Mr. Boyer of Chili, WI.

4. I understand that Mr. Boyer has a claim in court concerning his diagnosis of Mesothelioma. Mesothelioma is a terminal disease which has rapid progression. Mesothelioma patients can go from walking to being bedridden and die within a matter of a few days. The rate of progression cannot be predicted. As the disease progresses, the physical stamina and mental awareness for a particular individual continually diminishes. The memory is affected in most patients and continues to diminish as the disease progresses.

5. As a physician responsible for his care and treatment, it is important to take Mr. Boyer's deposition in the next 30 days or sooner.

_____  
Douglas Reding, M.D.

5/5/2014  
Date

Subscribed and Sworn to  
before me this 5th  
day of May, 2014.

Ruth E. Zotek (Ruth E. Zotek)  
Notary Public

EXHIBIT 3