# EXHIBIT E

**From:**          Ron Archer <rarcher@cvlo.com>
**Sent:**          Thursday, March 07, 2013 2:01 PM
**To:**            Gross, Amiel
**Subject:**       RE: Jack Metzger msj continuance request


I cannot respond personally to your e-mail, but I would say he probably could have.  The regular procedure is to wait until an msj is filed and then, if possible, get declarations signed.  Good to hear from you.  I hope you're well.


_____
From: Gross, Amiel [amiel.gross@snrdenton.com]
Sent: Thursday, March 07, 2013 1:40 PM
To: Ron Archer
Subject: RE: Jack Metzger msj continuance request

Was there any reason he could not sign it during the discovery period?




Amiel Gross
SNR Denton US LLP
D +1 602 508 3926
F +1 602 508 3914
amiel.gross@snrdenton.com
www.snrdenton.com


For more information on our pending combination, please visit www.dentonscombination.com
_____
SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

_____

-----Original Message-----
From: Ron Archer [mailto:rarcher@cvlo.com]
Sent: Sunday, March 03, 2013 12:51 PM
To: Gross, Amiel
Subject: FW: Jack Metzger msj continuance request

Amiel, I had to search around for your e-mail.  Please see below.  Thanks.