

**Caliche Ltd**

P. O. Box 107
Magnolia, TX 77353-0107
281-356-6038

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 615227 |
| INVOICE DATE | 6/15/2015 |

# Invoice

NET DUE 6,387.40

S O L D   T O:
2153
Forman Watkins Krutz Tardy
200 S. Lamar St.
Jackson, MS 39201

Project ID: 14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Prepare for Expert Witness | FMP | 9.50 | 450.00 | 4,275.00 |
| | Subpoena Compliance | FMP | 3.20 | 450.00 | 1,440.00 |
| | Subpoena Compliance | KKW | 9.20 | 65.00 | 598.00 |
| | Subpoena Compliance | PZG | 1.00 | 65.00 | 65.00 |
| **Chargeable Expenses** | | | | | |
| | Copies | CALICHE | 94.00 | 0.10 | 9.40 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 6,387.40 | 0.00 | 0.00 | 0.00 | 6,387.40 |

Net 30; 1.5% interest charged on overdue amounts


EXHIBIT 4



P. O. Box 107  
Magnolia, TX  77353-0107  
281-356-6038

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 615243 |
| INVOICE DATE | 6/22/2015 |

# Invoice

NET DUE    409.50

SOLD TO:  
2153  
Forman Watkins Krutz Tardy  
200 S. Lamar St.  
Jackson, MS 39201

**Project ID:** 14-085  
Marshfield, WI Cases  
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Subpoena Compliance | KKW | 6.30 | 65.00 | 409.50 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 409.50 | 0.00 | 0.00 | 0.00 | 409.50 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107  
Magnolia, TX  77353-0107  
281-356-6038

PAGE  1  
INVOICE NO  615244  
INVOICE DATE  6/22/2015

## Invoice

NET DUE  271.25

S  2153  
O  Cascino Vaughan Law Offices Lt  
L  220 South Ashland  
D  Chicago, IL 60607

T  
O

roject ID:  14-085  
Marshfield, WI Cases  
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| ime Charges | | | | | |
| | Review - Documents | MAT | 1.55 | 175.00 | 271.25 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 271.25 | 0.00 | 0.00 | 0.00 | 271.25 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107  
Magnolia, TX  77353-0107  
281-356-6038

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 715262 |
| INVOICE DATE | 7/6/2015 |

# Invoice

NET DUE    4,217.50

SOLD TO:  
2153  
Forman Watkins Krutz Tardy  
200 S. Lamar St.  
Jackson, MS 39201

Project ID:   14-085  
Marshfield, WI Cases  
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Prepare for Expert Witness | FMP | 5.50 | 450.00 | 2,475.00 |
| | Prepare for Expert Witness | MAT | 1.10 | 175.00 | 192.50 |
| | Subpoena Compliance | FMP | 3.30 | 450.00 | 1,485.00 |
| | Subpoena Compliance | KKW | 1.00 | 65.00 | 65.00 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 4,217.50 | 0.00 | 0.00 | 0.00 | 4,217.50 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107
Magnolia, TX 77353-0107
281-356-6038

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE NO | 715276 | |
| INVOICE DATE | 7/13/2015 | |

# Invoice

NET DUE     13,655.19

```
S   2153
O   Forman Watkins Krutz Tardy
L   200 S. Lamar St.
D   Jackson, MS 39201

T
O
```

Project ID:    14-085
                 Marshfield, WI Cases
                 Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Expert Witness - Deposition | FMP | 21.00 | 450.00 | 9,450.00 |
| | Prepare for Expert Witness | FMP | 8.50 | 450.00 | 3,825.00 |
| | Expert Witness - Deposition | KKW | 1.30 | 65.00 | 84.50 |
| **Chargeable Expenses** | | | | | |
| | Copies | CALICHE | 107.00 | 0.10 | 10.70 |
| | Color Copies | CALICHE | 13.00 | 0.20 | 2.60 |
| | Mileage | CALICHE | 273.00 | 0.95 | 259.35 |
| | Tolls | CALICHE | 3.00 | 7.68 | 23.04 |

Federal Tax ID   20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 13,655.19 | 0.00 | 0.00 | 0.00 | 13,655.19 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107
Magnolia, TX  77353-0107
281-356-6038

# Invoice

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 715281 |
| INVOICE DATE | 7/14/2015 |

NET DUE    283.16

S O L D   T O:
2153
Forman Watkins Krutz Tardy
200 S. Lamar St.
Jackson, MS 39201

Project ID:  14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Prepare for Expert Witness | TCC | 3.00 | 65.00 | 195.00 |
| **Chargeable Expenses** | | | | | |
| | Mileage | CALICHE | 92.80 | 0.95 | 88.16 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 283.16 | 0.00 | 0.00 | 0.00 | 283.16 |

Net 30; 1.5% interest charged on overdue amounts