IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| Kathy Boyer, Individually and as Special Administrator for the Estate of Milton Boyer, Deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>Owens-Illinois, Inc.<br>Weyerhaeuser Company<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 14-cv-286-wmc<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**NOTICE OF APPEAL**
_____

Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings relating to claims based on Owens-Illinois, Inc.'s licensing of a patent:

- The August 22, 2014 order dismissing claims against Owens-Illinois based on licensing of a patent. (ECF Doc #94.)

- The November 4, 2014 order denying Plaintiff's motion for reconsideration of the August 22, 2014 order. (ECF Doc #116.)

- The June 2, 2015 order which granted Plaintiff's motion to reconsider the November 4, 2014 order. (ECF Doc # 175.)

- The text order entered on June 16, 2015 based on stipulation which dismissed with prejudice Plaintiff's claims against Owens-Illinois "based on a patent licensing theory (as a licensor of a fireproof door patent)" and other claims against Owens-Illinois. (ECF Doc # 184.)

- The text order entered on May 6, 2016, which dismissed the case as to the remaining defendant. (ECF Doc # 556.)

Dated: June 6, 2016

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on June 6, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: June 6, 2016

 /s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com